[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 14-14360
_____

D.C. Docket Nos. 3:13-cv-00090-DHB-BKE,
11-bkc-30021-SDB

In re: WILLIAM M. FOSTER, JR.,

Debtor.

WILMINGTON PLANTATION, LLC,

Plaintiff-Appellant
Cross Appellee,

versus

WILLIAM M. FOSTER, JR.,

Defendant-Appellee
Cross Appellant.

_____

Appeals from the United States District Court
for the Southern District of Georgia
_____

(July 20, 2015)

Before ED CARNES, Chief Judge, ROSENBAUM, Circuit Judge, and SMITH,[*] District Judge.

PER CURIAM:

The parties are aware of the long and sometimes convoluted procedural history of the dispute that has given rise to this case and all of the facts related to it, much of which we discussed at oral argument. We will not reiterate any of that. Having considered what we heard during oral argument and having read the briefs and the relevant parts of the record, we conclude that the bankruptcy court's September 24, 2013 order is due to be affirmed for the reasons set out in that order itself and also in the district court's August 24, 2014 order affirming it. Both orders are well reasoned, and we have nothing to add to what they say.

   **AFFIRMED.**

---

[*] Honorable C. Lynwood Smith, Jr., United States District Judge for the Northern District of Alabama, sitting by designation.